**Order filed October 13, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00475-CV

_____

## IN THE MATTER OF E.Y., Appellant

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2015-04350J**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Appellant's exhibits #53, #54, #166, #167, #168 .**

The clerk of the 314th District Court is directed to deliver to the Clerk of this court the original of Appellant's exhibits #53, #54, #166, #167, #168, on or before **October 21, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Appellant's exhibits #53, #54, #166, #167, #168, to the clerk of the 314th District Court.

PER CURIAM